# UNITED STATES DISTRICT COURT

for

## EASTERN DISTRICT OF NORTH CAROLINA
### WESTERN DIVISION

U.S.A. vs. Chad E. Locklear            Docket No. 5:12-MJ-2092-1

## Petition for Action on Probation

COMES NOW Thomas E. Sheppard, probation officer of the court, presenting a petition for modification of the Judgment and Commitment Order of Chad E. Locklear, who, upon an earlier plea of guilty to Larceny of Personal Property in violation of 18 U.S.C. §661, was sentenced by the Honorable James E. Gates, U.S. Magistrate Judge, on February 12, 2013, to a 12 month term of probation under the standard conditions adopted by the court and the following additional conditions:

1. The defendant shall perform 24 hours of community service as directed by the probation office and if referred for placement and monitoring by the State of North Carolina, pay the required $200 fee.

2. The defendant shall be confined in the custody of the Bureau of Prisons for a period of 7 days as directed by the probation office, and shall abide by all rules and regulations of the designated facility. The confinement period of 7 days should run consecutively.

3. The term of probation shall not be terminated early.

On April 15, 2013, the conditions of probation were modified to allow the defendant to serve the jail term intermittently.

**RESPECTFULLY PRESENTING PETITION FOR ACTION OF COURT FOR CAUSE AS FOLLOWS:**

The defendant has made no payment toward the special assessment and restitution imposed in this case. The defendant has been unemployed during most of the probation period. He resides with his parents and it does not appear the non-payment was willful. We recommend probation be extended six months to allow the defendant to come into compliance with this requirement. The defendant signed a Waiver of Hearing agreeing to the proposed extension of supervision.

**PRAYING THAT THE COURT WILL ORDER** that probation be modified as follows:

That the term of supervision be extended 6 months from the expiration date of February 11, 2014 until August 11, 2014.

Chad E. Locklear
Docket No.  5:12-MJ-2092-1
Petition For Action
Page 2


Except as herein modified, the judgment shall remain in full force and effect.

| Reviewed and approved, | I declare under penalty of perjury that the foregoing is true and correct. |
|---|---|
| /s/ Robert L. Thornton | /s/ Thomas E. Sheppard |
| Robert L. Thornton | Thomas E. Sheppard |
| Supervising U.S. Probation Officer | U.S. Probation Officer |
| | 310 Dick Street |
| | Fayetteville, NC 28301-5730 |
| | Phone:  (910) 483-8613 |
| | Executed On:   January 21, 2014 |

**ORDER OF COURT**

Considered and ordered this   21st   day of      January       , 2014, and ordered filed and made a part of the records in the above case.

James E. Gates
United States Magistrate Judge