UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF NORTH CAROLINA
Western Division
Docket No. 5:12-MJ-2092-1

| | | |
|---|---|---|
| **United States Of America** | ) | |
| | ) | **JUDGMENT** |
| vs. | ) | |
| | ) | |
| **Chad E. Locklear** | ) | |

On February 12, 2013, Chad E. Locklear appeared before the Honorable James E. Gates, U.S. Magistrate Judge in the Eastern District of North Carolina, and pursuant to an earlier plea of guilty to Larceny of Personal Property in violation of 18 U.S.C. §661, was sentenced to a 12-month term of probation. On April 15, 2013, the judgment was modified to allow the defendant to serve the seven day jail term intermittently rather than consecutively. On January 21, 2014, probation was extended six months to provide the defendant additional time to pay the restitution and special assessment imposed in this case.

From evidence presented at the revocation hearing on October 3, 2014, the court finds as a fact that Chad E. Locklear, who is appearing before the court with counsel, has violated the terms and conditions of the probation judgment as follows:

1. Failure to pay a monetary obligation.

**IT IS, THEREFORE, ORDERED AND ADJUDGED** that the probation sentence heretofore granted be revoked, and the defendant is ordered committed to the custody of the Bureau of Prisons or its authorized representative for imprisonment for a period of 60 days.

**IT IS FURTHER ORDERED** that the balance of the financial imposition originally imposed be due in full immediately.

**IT IS FURTHER ORDERED** that the Clerk provide the U.S. Marshal a copy of this Judgment and same shall serve as the commitment herein.

This the 6th day of October, 2014.

Robert B. Jones, Jr.
U.S. Magistrate Judge